JULIA C. DUDLEY
Clerk

United States District Court
Office of the Clerk
Western District of Virginia
210 Franklin Road, S.W., Suite 540
Roanoke, VA 24011-2208

(540) 857-5100

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 06 2015

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

Rockingham Circuit Court
80 Court Square
Harrisonburg, VA 22802

Dear Clerk,

Enclosed please the return of your records regarding the defendant below:

PLAINTIFF/DEFENDANT: Kyle Dean Bruns

USDC/WDVA CASE#: 7:15-cv-00392

YOUR CASE NUMBER (S): CR11001636, CR111637

Please acknowledge receipt of this record by signing below and returning this form to the USDC/WDVA Clerk's Office.

We scanned all of these pleadings into our Court's database. Thank you for allowing our court to utilize this record. If there is any problem in the return of this record, please feel free to call me at (540) 857-5100

Sincerely,

Julia C. Dudley, Clerk

By: s/ T. Taylor
Deputy Clerk

*****************************************************************

Received by: _Jessica Preston_

Date: _10/28/15_