IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KYLE DEAN BRUNS, | ) | |
|     Petitioner, | ) | Civil Action No. 7:15cv00392 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| DIRECTOR, VDOC, | ) | By: Norman K. Moon |
|     Respondent. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that respondent's motion to dismiss (Docket No. 6) is **GRANTED**, Bruns' petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED**, and this case is **STRICKEN** from the active docket of the court.

Further, finding that Bruns has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk of the Court is directed to send a copy of this order and accompanying memorandum opinion to the parties.

**ENTER**: This __14th__ day of July, 2016.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE